UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DINH Q. TRAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO SEAL DOCUMENTS |
| vs. | ) | |
| | ) | |
| NOVO NORDISK PHARMACEUTICAL | ) | |
| INDUSTRIES, INC., | ) | Case No:5:14cv254-FL |
| | ) | |
| Defendant. | ) | |

THIS cause coming before the Court upon motion of the Plaintiff for leave to seal Exhibit 5 attached to his affidavit under ECF 59-6 as set out in his motion, and the Court in exercise of its discretion, pursuant to Rule 26.1 of the Federal Rules of Civil Procedure, being of the opinion that such motion should be granted.

IT IS NOW ORDERED that the Plaintiff be and he is hereby allowed to file said exhibit under seal.

This the 17th day of November, 2015.

_____
For the Court