UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DINH Q. TRAN, )
 )
       Plaintiff, )
 )
v. ) **JUDGMENT**
 ) No. 5:14–CV-254-FL
NOVO NORDISK PHARMACEUTICAL )    5:14-CV-429-FL (Consolidated)
INDUSTRIES, INC., )
 )
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment, made pursuant to Federal Rule of Civil Procedure 56.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 18, 2016, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted on plaintiff's claims under Title VII, NCEEPA, the ADA, and REDA.

**This Judgment Filed and Entered on May 18, 2016, and Copies To:**

Nancy P. Quinn (via CM/ECF Notice of Electronic Filing)
Michael C. Lord (via CM/ECF Notice of Electronic Filing)

May 18, 2016                          JULIE RICHARDS JOHNSTON, CLERK
                                               /s/ Christa N. Baker
                                               (By) Christa N. Baker, Deputy Clerk